IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

WENDY DINEEN

                Plaintiff,

-against-                          ORDER ON STIPULATION

ROBWAT MANAGEMENT, INC. d/b/a or a/k/a    CASE NO. 3:08-CV-0693
KFC-ONEONTA and ROBWAT MANAGEMENT, INC.,          TJM/DEP
EMPLOYEE WELFARE BENEFIT PLAN,

                Defendants.

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. Additionally, defendant waives any rights to make application for or seek court costs, counsel fees, sanctions or any monetary relief in this action.

Dated: 12/8/09

HIGGINS, ROBERTS, BEYERL & COAN, P.C.

_/s/ Michael E. Basile_
Michael E. Basile
Attorneys for Plaintiff
1430 Balltown Road
Schenectady, New York 12309
(518) 374-3399

Dated: 12/7/09

_/s/ Wendy Dineen_
Wendy Dineen

Dated: 12/9/09

LEVENE GOULDIN & THOMPSON, LLP

_/s/ Patricia M. Curtin_
Patricia M. Curtin
Attorney(s) for Defendant
71 State Street  PO Box 1706-F
Binghampton, NY 13901
(607) 763-9200

Dated: 12/9/09

Robwat Management, Inc.
By: _____

Dated:

IT IS SO ORDERED:

*[signature]*  Judge

David E. Peebles
U.S. Magistrate Judge
Dated: December 9, 2009
Syracuse, NY